**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **IRMA MATOS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CITY OF LOWELL, et al.,**<br><br>**Defendants.** | **Civil Action No.**<br>**26-12321-BEM** |

**ORDER**

**MURPHY, J.**

On May 21, 2026, Irma Matos filed a *pro se* complaint against the City of Lowell, the Lowell Police Department and the Lowell District Court under 42 U.S.C. § 1983 for the alleged violation of her constitutional rights. Dkt. 1. It appears that this action is brought against the same defendants and raises the same claims asserted in *Matos v City of Lowell. et al.*, No. 26-11941-IT (filed Apr. 30 2026). Except for the date of signing, the complaint filed in the instant action is identical to the complaint filed in No. 26-11941-IT.

Federal courts possess certain "'inherent powers,' not conferred by rule or statute, 'to manage their own affairs so as to achieve the orderly and expeditious disposition of cases.'" *Goodyear Tire & Rubber Co. v. Haeger*, 581 U.S. 101, 107 (2017) (quoting *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962)). The "first-filed doctrine," or "first-filed rule," generally gives a presumption of precedence to the first of two duplicative actions proceeding in different federal courts. *Quality One Wireless, LLC v. Goldie Group, LLC*, 37 F.Supp.3d 536, 540 (D. Mass. 2014) (citing *Cianbro Corp. v. Curran—Lavoie, Inc.*, 814 F.2d 7, 11 (1st Cir. 1987)).

Here, the Court finds that it would be appropriate to have Ms. Matos' claims resolved in the first-filed action, *Matos v City of Lowell. et al.*, No. 26-11941-IT (pending). Thus, this action will be dismissed pursuant to the Court's inherent authority.

In accordance with the foregoing, the Court hereby orders:

1) The complaint is dismissed pursuant to the Court's inherent authority.

2) The motion for leave to proceed *in forma pauperis*, Dkt. 2, is denied as moot.

3) The clerk shall enter a separate order of dismissal.

**So Ordered.**

/s/ Brian E. Murphy
Brian E. Murphy
Judge, United States District Court

Dated: August 20, 2026